■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. HESS, Appellant. [940 NYS2d 516]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered June 30, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Carni, Lindley, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD ANDERSON, Appellant. [939 NYS2d 902]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered September 7, 2010. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (see People v Lococo, 92 NY2d 825, 827 [1998]). Present—Centra, J.P., Carni, Lindley, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN McCULLOUGH, Appellant. [940 NYS2d 516]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered May 22, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Carni, Lindley, Sconiers and Martoche, JJ.